# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 30, 2007

133515

CHASE EQUIPMENT LEASING, INC.,
Successor in interest to National Bank of
Detroit,
      Plaintiff-Appellee,

v

DEPARTMENT OF TREASURY,
      Defendant-Appellant.

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 133515
COA: 272281
Ct of Claims: 04-000238-MT

_____/

On order of the Court, the application for leave to appeal the February 13, 2007 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 30, 2007

t0723

Clerk